■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHREE MOORE, Also Known as SHARIFF MOORE, Appellant. [864 NYS2d 330]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 6, 2007 (*People v Moore,* 37 AD3d 498 [2007]), affirming a judgment of the Supreme Court, Nassau County, rendered November 12, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Florio, J.P., Miller, Dillon and Angiolillo, JJ., concur.